MILBERG WEISS BERSHAD
   HYNES & LERACH LLP
KIMBERLY C. EPSTEIN (169012)
SYLVIA WAHBA KELLER (197612)
SHANA E. SCARLETTA (217895)
100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)
   – and –
WILLIAM S. LERACH (68581)
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

RABIN, MURRAY & FRANK LLP
ERIC J. BELFI
275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: 212/682-1818
212/682-1892 (fax)

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GARDNER and CHAIM NUNBERG, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>TITAN PHARMACEUTICALS, INC., LOUIS R. BUCALO, SUNIL BHONSLE, RICHARD C. ALLEN and ROBERT E. FARRELL,<br><br>Defendants. | No. C-03-5575-CRB<br><br>CLASS ACTION<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1) |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, class members Joseph Gardner and Chaim Nunberg filed a class action complaint on behalf of themselves and all others similarly situated against Titan Pharmaceuticals, Inc., Louis R. Bucalo, Sunil Bhonsle, Richard C. Allen and Robert E. Farrell on December 11, 2003 captioned *Gardner, et al. v. Titan Pharmaceuticals, Inc., et al.*, Case No. C-03-5575-CRB ("Complaint"); and

WHEREAS, class members Joseph Gardner and Chaim Nunberg have consented to voluntary dismissal of this action and withdrawal of their counsel's representation;

NOW, THEREFORE, NOTICE IS HEREBY GIVEN that:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1), Joseph Gardner and Chaim Nunberg voluntarily dismisses the Complaint of this action without prejudice; and

2. Milberg Weiss Bershad Hynes & Lerach LLP and Rabin, Murray & Frank LLP hereby withdraw from representation of Joseph Gardner and Chaim Nunberg's interests in this action.

DATED: December 30, 2003

MILBERG WEISS BERSHAD
HYNES & LERACH LLP
KIMBERLY C. EPSTEIN
SYLVIA WAHBA KELLER
SHANA E. SCARLETTA

/S/
KIMBERLY C. EPSTEIN

100 Pine Street, Suite 2600
San Francisco, CA 94111
Telephone: 415/288-4545
415/288-4534 (fax)

MILBERG WEISS BERSHAD
HYNES & LERACH LLP
WILLIAM S. LERACH
401 B Street, Suite 1700
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1) -
C-03-5575-CRB                                                                - 1 -

| | | |
|---|---|---|
| 1 | DATED: December __, 2003 | RABIN, MURRAY & FRANK LLP |
| 2 | | ERIC J. BELFI |

/S/
ERIC J. BELFI

275 Madison Avenue, 34th Floor
New York, NY 10016
Telephone: 212/682-1818
212/682-1892 (fax)

Attorneys for Plaintiff

I, Kimberly C. Epstein, am the ECF User whose ID and password are being used to file this NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(1). In compliance with General Order 45, X.B., I hereby attest that Eric Belfi has concurred in this filing.

/S/
KIMBERLY C. EPSTEIN

T:\pleadingsSF\titan Pharmaceuticals\NOT00004986.doc

IT IS SO ORDERED

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

January 5, 2004
DATE